UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael HILL, a/k/a Saleet, a/k/a Steve Philip, a/k/a Junito Tomilson,
Defendant–Appellant.

No. 13–8043.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 22, 2014.

Decided: May 28, 2014.

Michael Hill, Appellant Pro Se. John Samuel Bowler, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Hill appeals the district court's order denying his motion for modification of sentence, 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hill*, No. 7:96–cr–00042–F–1 (E.D.N.C. Dec. 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*